```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.   **EDWIN JAMES ROWAN III**   CASE NO.   **A04-0065-CR (JKS)**
Defendant:  **X** Present     **X** In Custody

BEFORE THE HONORABLE:              **JOHN D. ROBERTS**

DEPUTY CLERK/RECORDER:             **CAROLINE EDMISTON**

UNITED STATES' ATTORNEY:           **DAVID NESBETT**

DEFENDANT'S ATTORNEY:              **MIKE DIENI, APPOINTED**

U.S.P.O.:                          **MIKE PENTANGELO**

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD 12/21/05:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:34 a.m. court convened.

 **X** Copy of Petition to Revoke Supervised Release given to
defendant; read.

 **X** Defendant sworn.

 **X** Defendant advised of general rights, penalties and rights.

 **X** Defendant stated true name:    Same as above.

 **X** Financial Affidavit **FILED.**  Federal Public Defender accepted
appointment; FPD notified.

 **X** Defendant ADMITTED Allegation 1 of the Petition to Revoke
Supervised Release.  This matter referred to the U.S. District
Judge for Final Disposition Hearing.

 **X** Defendant made no request re detention; defendant detained;
Order of Detention Pending Trial **FILED.**

At 11:43 a.m. court adjourned.




DATE:    December 21, 2005      DEPUTY CLERK'S INITIALS:    Ce