Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>EDWIN JAMES ROWAN, III,<br><br>        Defendant. | Case No. A04-0065 CR (JKS)<br><br>DEFENDANT'S SENTENCING MEMORANDUM, *filed on shortened time* |

        Defendant, Edwin James Rowan, III, by and through counsel Michael Dieni, Assistant Federal Defender, submits the following sentencing memorandum for the disposition hearing now set for Monday, January 9, 2006.  The memorandum is submitted on shortened time because Mr. Rowan just received notice of the hearing date on January 5, 2006.

        Mr. Rowan requests that the sanction in this case be designation to a halfway house, which would provide him an opportunity to work and to continue his fight against his drug addiction.  He is in custody in violation of supervised release because of use of cocaine.  He is addicted to cocaine, but he is not resigned to losing the fight against the

substance. In support of this position, a letter to the court from a fellow Narcotics Anonymous member is attached as Exhibit A. Even in the context of the current violation, Mr. Rowan has attempted to comply. He attends N.A. meetings. He has maintained employment and is meeting his obligations with regard to restitution.

The probation officer is properly expressing frustration that total success has not been achieved. As noted in Mr. Poage's letter, repeated failure is consistent with the problem. Failure should be declared not because Mr. Rowan has fallen down, but rather if and when Mr. Rowan has given up trying to succeed.

Mr. Rowan has a very good job opportunity through an employer who knows him from prior work. Exhibit B. Placement in the Cordova Center for a period of time, while on supervision, would result in regular urinalysis testing, continued involvement with N.A., and the opportunity to work. Mr. Rowan has been in the Cordova Center before, where he served the final portion of his original sentence, and he stayed there without violation.

A return to the Cordova Center has the benefit of imposing a sanction in a positive manner. A guideline prison sentence of 4 to 10 months, and terminating supervision, will accomplish nothing.

///
///
///
///
///
///

DATED this 6th day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on January 6, 2006, a copy of the foregoing Defendant's Sentencing Memorandum, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni