Court System

Doug Poage
1107 Gilmore Court
Anchorage, AK 99503

Re: Jimmy Rowan

To whomever is involved in Jimmy's sentencing;

I know Jimmy from Narcotics Anonymous. He asked me to say a word on his behalf.

He had accumulated 6 months of clean time before his last relapse. He did not get that clean time by accident. He attends meetings very regularly, several meetings a week at least. He is involved in doing service work; e.g., making coffee, talking to newcomers, going to the Area meeting for his home group. He has a sponsor and is working the 12 steps with his sponsor.

I understand what Jimmy's going through. Ten to 15 years ago, I went through this not-so-merry-go-round of clean up, get some recovery (go to meetings, work steps, and get some clean time), and then relapse. Each time I managed to accrue more clean time than before. Its been almost 10 years since I have had to use drugs or alcohol.

I think of addiction as an unmanageable disease. There are no clear safe bets on who is going to get clean. Notwithstanding, I believe Jimmy has a sincere desire to stay clean and is going to pick up where he left off working his NA program, which is to say that Jimmy has a good probability of staying clean.

You can call me, if need be at 244-6030, though I cannot imagine what more I might say. My work number is 269-7612.

Regards,

Doug Poage.