January 3, 2006

The Honorable Judge

I will be as brief as possible.
My name is Jack Doggett. I'm the owner of King Services, a trucking subcontractor in the construction business. I have been in the business locally and throughout the state for the last 30 years.
I became acquainted with Jimmy Rowan in the spring of '05. He was seeking employment driving one of my trucks. I was impressed with his candor and honesty about his past from the first day I met him, but reluctant from his lack of experience. After several test drives I was still not sure how I could turn him loose with one of my trucks. He just kept assuring me that "I can do this". I took a chance and hired him.
Through the course of the summer I found a man eager to learn, not once wanting to argue and I believe enjoying himself. It was not a summer without mistakes but I did not give up on Jimmy and frankly came to rely upon him.
Jimmy Rowan can become a top hand because of his attitude. I currently have work off and on through February and steady daily work from March on. He is a man that does not complain, is never late, and quite reliable. I need Jimmy with me in the spring of '06. I have every trust in Jimmy Rowan.

Respectfully,

[signature]