Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>EDWIN JAMES ROWAN, III,<br><br>        Defendant. | Case No. A04-0065 CR (JKS)<br><br>ERRATA TO DEFENDANT'S<br>SENTENCING MEMORANDUM |

       Defendant, Edwin James Rowan, III, by and through counsel Michael Dieni,

Assistant Federal Defender, hereby notifies the court and the government that Defendant's

Sentencing Memorandum, filed earlier on this date, should not have been filed on

shortened time.  Counsel apologizes for any inconvenience this may have caused the

parties.

///

///

///

///

DATED this 6th day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on January 6, 2006, a copy of the
foregoing Defendant's Sentencing Memorandum,
with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni