Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EDWIN JAMES ROWAN, III,<br><br>　　　　　Defendant. | Case No. 3:04-cr-0065-JKS<br><br>SUPPLEMENT TO DEFENDANT'S SENTENCING MEMORANDUM |

　　　　Defendant, Edwin James Rowan, III, by and through counsel Michael Dieni, Assistant Federal Defender, hereby submits the attached statement of the defendant in support of his previously filed disposition memorandum at Docket 33.  (Exhibit C)

　　　　It should also be noted that nothing has changed since Mr. Rowan filed his sentencing memorandum on January 6, 2006.  His job opportunity remains open, and he still requests consideration of the Cordova Center as an alternative to any further incarceration.

///

///

DATED this 2nd day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on January 6, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

and hand delivered on:

United States Probation/Pretrial Services Office
222 West 7th Avenue, No. 48, Room 168
Anchorage, AK  99513-7562

/s/ Michael D. Dieni