To: Your Honor     1 of 2     Edwin Rowan
93795-011

The last five to six month's, just before my last slip was the best of my life., It was the first time ever, I did not have an obsession or a compultion to get high! Now, that is a bonified Miracle! And that was a direct Result of working the N.A. program: Just after my last slip in June, I called my N.A. sponsor, and told him what happened, so he give's me an assignment and while I was Reading out of the How & why book of N.A. on page 12 it state's "IF you think you can control youre drug use, you almost have to continue to use drug's". That statement hit me like a ton of bricks

At the top of the page of the workbook I writeing in, The topic was "Reservation's" well — I had three, that up untill then I never shared with anybody.

First one: When I get off paper ... I'm gettin High!
Second one: When I become Secessful & how I measure that is, when I own five acre's of land — I'm gettin High!
Third Heaven forbid — something bad happen to my son — I don't think I can handle it Straight.

The rest of the paragraph went something to the effect — once a person is able to admitt Powerlessness, Then he has a chance to begin Recovery.

Armed with a set of spiritual principal's and some very practical Advice along with fellowship from other Recovering addict's — I have — At time's - high hope's - of me not useing drug anymore, EVEN WHEN I WANT TO!

Persistence is the Key for me, not to give up the fight, no matter what happen's in my life, no matter how many time's it take's for me to get it, To Recover from

this seemingly hopeless disease

It is my humble opinion:

* Incarceration is not very tough nor does it teach me any kind of life's lesson.

* To complete, yet, another treatment program does not make sense to me eather, unless it is a non 12 step based program.

* The Challenge for me is living life on life's terms without the use of drug's and alcohol.

So, My Goal's would be:

To once again become a productive member of Society
To provide a home & Education for my 13 year old son
and continue to Repay my Restitution

I Realize these are not Really new Idea's, I do however believe it to be a workable plan for a fresh start., And the best I could come up with

Edwin J. Rowan      feb. 28th, 2006
Edwin J. Rowan III