

**United States Department of Justice**
**United States Marshals Service**
*District of Alaska*

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE: **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | ROWAN, EDWIN JAMES |
| DATE OF BIRTH: | 06/20/1958 |
| CHARGE: | VIOLATIONS OF SUP REL |
| CASE NUMBER: | ~~PC/COMPLAINT~~ 3:04-CR-00065-JKS |
| PLACE HELD: | ACC - EAST |
| DATE OF ARREST: | 08/03/2006 |
| TIME OF ARREST: | 09:15 |
| PLACE ARRESTED: | ANCHORAGE, AK |
| ARRESTED BY: | USMS |

REMARKS:

BOOKED IN ENGLISH:     YES __X__     NO _____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.