MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs EDWIN JAMES ROWAN III   CASE NO.   3:04-CR-00065-JKS
Defendant:  X Present   X In Custody

BEFORE THE HONORABLE         JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:       CAROLINE EDMISTON

UNITED STATES ATTORNEY:      RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:        MARY GEDDES APPOINTED ON BEHALF OF
                             MIKE DIENI

U.S.P.O.:                    MIKE PENTANGELO

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE Held 08/03/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:04 a.m. court convened.

 X Copy of Petition to Revoke Supervised Release given to defendant: read.

 X Defendant advised of general rights, charges and penalties.

 X Federal Public Defender accepted appointment.  FPD notified.

 X Defendant DENIED Allegation 1 & 2 of the Petition to Revoke Supervised Release and Allegation 3 of the Supplemental Petition to Revoke Supervised Release.

 X Adjudication/Disposition Hearing set for **August 10, 2006 at 9:00 a.m.** before Judge Singleton.

 X Defendant detained/Detention Hearing set for **August 7, 2006 at 9:00 a.m.** before Magistrate Judge Hall.

 X Order of Temporary Detention FILED.

At 11:26 a.m.


DATE:   August 3, 2006      DEPUTY CLERK'S INITIALS:        Ce