# United States District Court
### for the
## DISTRICT OF ALASKA

RECEIVED
AUG 0 3 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>Edwin James Rowan ) | Case Number: 04CR065<br><br>**WARRANT FOR ARREST** |

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Edwin James Rowan and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with two violations of his term of supervised release.

**REDACTED SIGNATURE**

Senior U.S. District Court Judge

07/31/06
Date

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at:

ANCHORAGE AK

| Date Received: 8/1/2006 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 8/3/2006 | by Dustin Rochelle Lieduke | |