# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

## RELEASE ORDER

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS. Edwin James Rowan III

CASE NO: 3:04-CR-00065-JKS

---

Defendant Edwin James Rowan III,

has this date met the bail conditions indicated below and is ordered discharged from custody.

__X__ Released to __Jack and Arminta Doggett__, the third party custodian(s).

_____ Paid cash bail in the amount of _____ to the Clerk of Court.

_____ Posted unsecured bond in the amount of _____

_____ Posted bond secured by _____ property or _____ surety in the amount of _____ with the Clerk of Court.

_____ Surrendered passport to the Clerk of Court.

_____ Other: _____

Dated at __Anchorage__, Alaska this __7th__ day of __August__, 20__06__

REDACTED SIGNATURE

Terrance W. Hall
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal