DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov
Alaska Bar # 9811075

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:04-cr-00065-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE TO DISCONTINUE** |
| vs. | ) | **ELECTRONIC SERVICE** |
| | ) | |
| EDWIN JAMES ROWAN III, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through Deborah

M. Smith, Acting United States Attorney for the District of Alaska, and hereby

requests the Court no longer electronically serves pleadings in the above-captioned

case on David A. Nesbett, Special Asst. U.S. Attorney. Retta Rae Randall, Assistant U.S. Attorney, is the lead attorney in this case.

RESPECTFULLY submitted this 8th day of August, 2006, at Anchorage, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/ David A. Nesbett
        Special Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-6306
        Fax: (907) 271-1500
        E-mail: david.nesbett@usdoj.gov
        Alaska Bar # 9811075

**CERTIFICATE OF SERVICE**
I hereby certify that on August 8, 2006
a copy of the foregoing NOTICE was served
electronically:

Michael Dieni
Asst. Federal Public Defender
550 W. 7th Ave., #1600
Anchorage, AK 99501

s/ David A. Nesbett