(Rev 6/06)

# LIST OF EXHIBITS

Case No. 3:04-cr-00065-JKS   ~~Magistrate Judge~~/Judge: James K. Singleton

Title U.S.A.
vs. Edwin James Rowan, III

Dates of Hearing/Trial: August 10, 2006

Deputy Clerk/Recorder: April Keyser

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Retta-Rae Randall | Mary Geddes |
|  |  |
|  |  |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|  |  |  |  | A1 | ✓ |  | Timecards |
|  |  |  |  | A2 | ✓ |  | Timecards |
|  |  |  |  | A3 | ✓ |  | Timecards |
|  |  |  |  | A4 | ✓ |  | Timecards |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |