Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>EDWIN JAMES ROWAN, III,<br><br>　　　　　Defendant. | Case No. 3:04-cr-0065-JKS<br><br>MOTION FOR ORDER DIRECTING PAYMENT OF WITNESS FEES PURSUANT TO RULE 17(b) |

　　　　Defendant, Edwin James Rowan, III, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for moves this court for an order directing the U.S. Marshals Service to pay witness fees to Daniel Meyer pursuant to Federal Rule of Criminal Procedure 17(b) in the above-captioned matter.  This motion is supported by the attached affidavit of counsel.

DATED this 6th day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on September 6, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni