UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EDWIN JAMES ROWAN, III,<br><br>　　　　　Defendant. | Case No. 3:04-cr-0065-JKS<br><br>PROPOSED ORDER DIRECTING PAYMENT OF WITNESS FEES PURSUANT TO RULE 17(b) |

After due consideration of defendant's Motion For Order Directing Payment of Witness Fees Pursuant to Rule 17(b), said motion is hereby GRANTED.

IT IS ORDERED that the U.S. Marshals Office shall pay witness fees to Daniel Meyer as soon as possible.

DATED this ____ day of _____, 2006 in Anchorage, Alaska.

_____
James K. Singleton, Jr.
United States District Court Judge