Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EDWIN JAMES ROWAN, III,<br><br>    Defendant. | Case No. 3:04-cr-0065-JKS<br><br>AFFIDAVIT OF COUNSEL |

Michael Dieni, being first duly sworn upon oath, deposes and states:

1. I am the attorney appointed to represent defendant in the above-captioned case.

2. On August 29, 2006, I subpoenaed Daniel Meyer to testify on behalf of the defendant in the above-referenced case.

3. A disposition hearing was held on August 31, 2003, in Anchorage, Alaska.

4. The above witnesses did appear and testify at the disposition hearing held August 31, 2003, and should be authorized payment of witness fees.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Michael Dieni


SUBSCRIBED and SWORN to before me this 5th day of September, 2006.



_____
Notary Public in and for Alaska
My Commission Expires: 3/14/2007


Certification:

I certify that on September 6, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni

2