UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>EDWIN JAMES ROWAN, III,<br><br>            Defendant. | Case No. 3:04-cr-0065-JKS<br><br>ORDER DIRECTING PAYMENT<br>OF WITNESS FEES PURSUANT<br>TO RULE 17(b) |

After due consideration of defendant's Motion For Order Directing Payment of Witness Fees Pursuant to Rule 17(b), said motion is hereby GRANTED.

IT IS ORDERED that the U.S. Marshals Office shall pay witness fees to Daniel Meyer as soon as possible.

DATED this 6th day of September 2006 in Anchorage, Alaska.

                                            /s/ James K. Singleton, Jr._____
                                                 James K. Singleton, Jr.
                                           United States District Court Judge