```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

U.S.A. vs. EDWIN JAMES ROWAN, III      CASE NO. 3:04-cr-00065-JKS
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:            JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         CRANDON RANDELL

DEFENDANT'S ATTORNEY:            MICHAEL DIENI

U.S.P.O.:                        MICHAEL PENTANGELO
```

PROCEEDINGS: STATUS CONFERENCE (CONTINUED DISPOSITION HEARING ON PETITION TO REVOKE SUPERVISED RELEASE) HELD DECEMBER 4, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:34 a.m. court convened.

Court and counsel heard re defendant's unopposed oral motion to continued hearing to allow defendant to complete treatment program; **GRANTED.** Continued Disposition Hearing on Petition to Revoke Supervised Release set for **March 5, 2007 at 9:00 a.m.** Court instructed defense counsel to file a status report no later then **March 2, 2007 at 1:00 p.m.**

Defendant's conditions of release remain as previously set.

At 9:39 a.m. court adjourned.

DATE:     December 4, 2006       DEPUTY CLERK'S INITIALS:    ak