Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>EDWIN JAMES ROWAN, III,<br><br>                Defendant. | Case No. 3:04-cr-0065-JKS<br><br>**STATUS REPORT TO COURT** |

        Defendant, Edwin James Rowan, III, by and through counsel Michael Dieni, Assistant Federal Defender, submits the following status report to the court. At this time the parties have neither discussed nor reached a negotiated outcome. Counsel will update the court by March 5, 2007, at or before 1:00 p.m., if this changes.

DATED this 2nd day of March 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:
I certify that on March 2, 2007,
a copy of the *Status Report to
Court* was served electronically
on:

Bryan Schroder, Esq.

/s/ Michael D. Dieni