MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.  EDWIN JAMES ROWAN, III    CASE NO. 3:04-cr-00065-JKS
Defendant: X Present   X In Custody   __On Summons   __On Bond

BEFORE THE HONORABLE: JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:        LINDA CHRISTENSEN

UNITED STATES' ATTORNEY:       RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:     MICHAEL DIENI

U.S.P.O.:      MICHAEL PENTANGELO

PROCEEDINGS: CONTINUED DISPOSITION HEARING ON PETITION TO
             REVOKE SUPERVISED RELEASE Held on 3/6/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:09 a.m. court convened.

Court and counsel heard re: arrest of defendant prior to hearing.

At 9:12 a.m. court recessed until 9:18 a.m.  Mr. Dieni advised the court he was prepared to go forward with disposition.

Michael Pentangelo sworn and testified on behalf of the government.

Megan Wilts sworn and testified on behalf of the government.

Wendy Dresser sworn and testified on behalf of the defendant.

Arguments heard.

Defendant sentenced to a term of imprisonment of 6 months with no additional supervision.  Court recommended defendant be placed in the Sheridan facility.

Defendant remanded.

Defendant advised of appeal rights; Mr. Dieni directed to file Notice of Appeal if defendant chooses to appeal this sentence.

At 10:23 a.m.  court adjourned.


DATE:    March 6, 2007          DEPUTY CLERK'S INITIALS:    lc