NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-CR-00065-JKS |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION |
| | ) | TO DISMISS ALLEGATION 1 |
| vs. | ) | |
| | ) | |
| EDWIN JAMES ROWAN III, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States of America moves to dismiss Allegation No. 1 of the Petition to Revoke Supervised Release filed July 31, 2006, at Docket 39. The defendant has admitted other violations of supervised release and is now serving a sentence of six months as a result.

RESPECTFULLY submitted this <u>8th</u> day of March, 2006, at Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>    /Retta-Rae Randall
>RETTA-RAE RANDALL
>Assistant U.S. Attorney
>Federal Building and U.S. Courthouse
>222 West 7th Avenue, #9, Room 253
>Anchorage, AK  99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>Email: rettarae.randall@usdoj.gov
>Alaska Bar No. 9811075

Certification:
I certify that on March 8, 2007,
a copy of the *Government's Motion and Order to Dismiss Allegation 1*
was served electronically on:

Mike Dieni, FPD

/s Retta-Rae Randall