NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:04-CR-00065-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] |
| vs. | ) | ORDER |
| | ) | |
| EDWIN JAMES ROWAN III, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Having considered the Motion of the United States of America to dismiss

Allegation No. 1 of the  Petition to Revoke Supervised Release filed July 31,

2006, at Docket 39,

IT IS HEREBY ORDERED that said request is GRANTED, and Allegation No. 1 of the Petition to Revoke Supervised Release filed July 31, 2006, is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this ____ day of March, 2006, at Anchorage, Alaska.

JAMES K. SINGLETON
United States District Judge