AO 442 (REV. 12/8_)

# United States District Court

## DISTRICT OF ALASKA

**RECEIVED**
MAR 08 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

**UNITED STATES OF AMERICA**

v.

**EDWIN JAMES ROWAN, III**

## WARRANT FOR ARREST

CASE NUMBER: 3:04-cr-00065- JKS

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest **EDWIN JAMES ROWAN, III**

and bring him or her forthwith to the nearest magistrate to answer a

___Indictment  ___Information  ___Complaint  ___Order of court  **XX** Pretrial Violation Report / Petition to Revoke

Charging him with violating a Federal Court's order regarding the terms of his pretrial release.

_John W Sedwick_
Name of Issuing Officer

**REDACTED SIGNATURE**
Signature of Issuing Officer

Chief _District_ United States ~~Magistrate~~ Judge
Title of Issuing Officer

2-15-07
at Anchorage, AK
Date and Location

**Bail fixed at $** _____ **by** _____
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant

at  ANCHORAGE, AK

| DATE RECEIVED 2/16/07 | NAME OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/6/07 | TROY MEEKS, DUSM | FOR R. Sydlu |