**UNITED STATES DISTRICT COURT**
**District of Alaska**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>EDWIN JAMES ROWAN III | **3rd AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>For Offenses Committed On or After November 1, 1987<br>(Original Judgment filed 10/28/98)<br>Case Number: 3:04-cr-00065-JKS<br>MICHAEL DIENI<br>Defendant's Attorney |

Defendant's probation officer filed a petition on __12/20/2005__ accusing defendant of _3_ violation of the conditions of supervision provided in the original judgment. Defendant _admitted allegation 2 of the petition and 3 of the supplemental petition._ All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 2 | Mandatory | Failed to Report for UA | 7/26/06 | C |
| 3 | Mandatory | Failed to Report for UA | 7/27/06 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [_] modification or [X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through __2__ of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

March 6, 2007

**REDACTED SIGNATURE**
Signature of Judicial Officer
Ralph R. Beistline, US District Judge
*for* JAMES K. SINGLETON
U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

March 13, 2007

AO245.REV

Defendant: EDWIN JAMES ROWAN III              Amended Judgment--Page  2  of  2
Case No.: 3:04-cr-00065-JKS

**IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION**

Defendant's supervised release [X]   probation [_]   having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of six (6) months.

[X]   The court makes the following recommendations to the Bureau of Prisons:
       That the defendant be incarcerated in the BOP facility located at Sheridan.

[X]   The defendant is remanded to the custody of the United States Marshal.
[_]   The defendant shall surrender to the United States Marshal for this district,
              a.m.
       [_] at _____ p.m. on _____.
[_]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
       [_] before 2 p.m. on _____.
       [_] as notified by the United States Marshal.
       [_] as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                                          _____
                                          United States Marshal

                                          By _____
                                             Deputy Marshal

AO245.REV