IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-CR-00065-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EDWIN JAMES ROWAN III, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the Motion of the United States of America to dismiss Allegation No. 1 of the Petition to Revoke Supervised Release filed July 31, 2006, at Docket 39,

IT IS HEREBY ORDERED that said request is GRANTED, and Allegation No. 1 of the Petition to Revoke Supervised Release filed July 31, 2006, is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this 21st day of March 2007 at Anchorage, Alaska.

    /s/James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
United States District Judge

U.S. v. Rowan
3:04-CR-00065-JKS